UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ANGEL GUTIERREZ,<br>Plaintiff,<br>v.<br>NANCY A. BERRYHILL,<br>Defendant. | Case No. 18-cv-07666-DMR<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Mario Angel Gutierrez filed the complaint in this case on December 21, 2018. The scheduling order directed Defendant Nancy Berryhill, Acting Commissioner of Social Security, to file an answer within 90 days of receipt of service of the summons and complaint. [Docket No. 3.] The Commissioner was served on January 11, 2019, and the deadline to file an answer and a certified copy of the transcript of the administrative record was April 11, 2019. The Commissioner is ordered to respond by **April 29, 2019**, and show cause for the failure to file an answer and copy of the administrative record.

**IT IS SO ORDERED.**

Dated: April 22, 2019

Donna M. Ryu
United States Magistrate Judge